JOSEPH LETIZIA *v.* DANIEL COCOZZA ET AL.
(AC 17361)

O'Connell, C. J., and Hennessy and Spallone, Js.

Argued March 20—officially released June 9, 1998

*John A. Brennan,* for the appellant (plaintiff).

*Richard J. Kilcullen,* for the appellees (defendants).

*Opinion*

PER CURIAM. This is an action on a promissory note in which the plaintiff appeals from a judgment in favor of the defendants. "It is the responsibility of the appellant to provide an adequate record for review . . . ." Practice Book § 4061, now Practice Book (1998 Rev.) § 60-5. In this case, the record is inadequate for review because we have not been provided with either a written memorandum of decision or a transcribed copy of an oral decision signed by the trial court. See Practice Book § 4059, now Practice Book (1998 Rev.) § 64-1. Accordingly, we conclude that the plaintiff's claim is not reviewable. See *Dime Savings Bank of New York, FSB* v. *Saucier*, 48 Conn. App. 709, 709 A.2d 610 (1998); *Chase Manhattan Bank/City Trust* v. *AECO Elevator Co.*, 48 Conn. App. 605, 710 A.2d 190 (1998).

The judgment is affirmed.